

FILED
CLERK U.S. DISTRICT COURT

MAY 23 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MICHAEL QUINN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-01067-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u>_____, IT IS ORDERED that a detention hearing is set for <u>May 27</u>_____, <u>2016</u>____, at <u>10:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>_____, in Courtroom <u>E</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>May 23, 2016</u>    _Karen L. Stevenson_
                             U.S. District Judge/Magistrate Judge